(May 27, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD W. NICO-LEAU, Appellant, v JOHN B. WILMOT, as Superintendent of Elmira Correctional Facility, Respondent.—Application for writ of habeas corpus dated April 10, 1980 denied. Mahoney, P. J., Greenblott, Sweeney, Kane and Casey, JJ., concur.